Kathleen A. MILLER, Plaintiff–Appellant,

v.

Richard DANZIG, Secretary of the Navy, Defendant–Appellee.

No. 01–2022.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 24, 2002.

Kathleen A. Miller, Appellant Pro Se. Anita K. Henry, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before WIDENER, WILKINS, and NIEMEYER, Circuit Judges.

PER CURIAM.

Kathleen A. Miller appeals the district court's order entering judgment as a matter of law in favor of the Secretary of the Navy on her claims of discrimination and retaliation in violation of the Rehabilitation Act of 1973, 29 U.S.C.A. §§ 701–797 (West 1999 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Miller v. Danzig,* No. CA–00–422–2 (E.D. Va. filed June 14, 2001; entered June 15, 2001). We deny Miller's motion to stay the case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*